UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

KENT J. SPEAR,  )
                )
       Plaintiff,  )   2:10-cv-01203-KJD-LRL
                )
vs.             )
                )   **ORDER**
HOWARD SKOLNIK, *et al.*,  )
                )
       Defendants.  )
                /

On July 20, 2010, plaintiff submitted a civil rights complaint pursuant to 42 U.S.C. § 1983 (docket # 1). On September 22, 2010, the court issued an order directing plaintiff to file an application to proceed *in forma pauperis* or pay the filing fee within thirty (30) days of entry of the order (docket #2), which was served on plaintiff at his address of record. On September 30, 2010, that order was returned by the U.S. Postal Service as undeliverable. Pursuant to Rule 2-2 of the Local Rules of Special Proceedings and Appeals, a *pro se* litigant is required to keep the court apprised of his or her current address at all times. Local Rule 2-2 states: "The plaintiff shall immediately file with the court written notification of any change of address. The notification must include proof of service upon each opposing party or the party's attorney. Failure to comply with this rule may result in dismissal of the action with prejudice." Accordingly, as plaintiff has failed to file written notification of change of

address with the court, this action is dismissed.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED**.

**IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly and close this case.

DATED:  October 12, 2010

_____
UNITED STATES DISTRICT JUDGE